IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL ROBERTSON** **PLAINTIFF**
*#106563*

v.                    CASE NO. 4:21-CV-01014-BSM

**COBB,** *et al.* **DEFENDANTS**

### ORDER

After *de novo* review of the record, United States Magistrate Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 28] is adopted. Robertson's motion for temporary restraining order [Doc. No. 26] is denied.

IT IS SO ORDERED this 28th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE