# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL ROBERTSON**                                                    **PLAINTIFF**
*#106563*

v.                    **CASE NO. 4:21-CV-01014-BSM**

**COBB,** *et al.*                                                        **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 71] is adopted. Michael Robertson's motion for summary judgment [Doc. No. 67] is denied because it is premature.

IT IS SO ORDERED this 21st day of April, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE