# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**  **PLAINTIFF**
*ADC #136346*

v.  **CASE NO. 4:21-CV-01014-BSM**

**MATTHEW COBB,** *et al.*  **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia S. Harris's proposed findings and partial recommendation [Doc. No. 132] is adopted. Defendants' motion for summary judgment [Doc. No. 94] is granted on Michael Robertson's official capacity claims and individual capacity claims against Tommy Stovall, and these claims are dismissed with prejudice. Summary judgment is denied on Robertson's individual capacity claims against Matthew Cobb and Wayne Camacho, and these claims may proceed to trial.

IT IS SO ORDERED this 11th day of July, 2023.

_____
UNITED STATES DISTRICT JUDGE