IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL OTIS ROBERTSON**                                                    PLAINTIFF
*ADC #136346*

v.                              CASE NO. 4:21-CV-01014-BSM

**MATTHEW COBB,** *et al.*                                                      DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 11th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE